390 A.2d 298

Commonwealth v. Tucker, Appellant.

Argued March 27, 1978. Lewis I. Lieberman, for appellant; L. Kaplan, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, CERCONE, and SPAETH, JJ., dissented and would remand under *Commonwealth v. Twiggs,* 460 Pa. 105, 331 A.2d 440 (1975).